# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-3202

_____

United States of America,          *
                                   *
          Appellee,                *
                                   *    Appeal from the United States
     v.                            *    District Court for the Western
                                   *    District of Arkansas.
Ricky Ellis Lamb,                  *
                                   *         [Unpublished]
          Appellant.               *

_____

Submitted:  May 5, 2003
     Filed:  May 9, 2003

_____

Before MURPHY, HANSEN, and MELLOY, Circuit Judges.

_____

PER CURIAM.

     In this direct criminal appeal, Ricky Ellis Lamb challenges the sentence the district court[1] imposed after he pleaded guilty to failing to appear for service of sentence, in violation of 18 U.S.C. § 3146(a)(2). The district court sentenced him to 21 months imprisonment and 2 years supervised release. On appeal, Lamb's counsel has moved to withdraw under Anders v. California, 386 U.S. 738 (1967), raising two

_____

[1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.

issues: the district court erroneously denied Lamb (1) credit for time served on previous federal convictions, and (2) a downward departure under U.S.S.G. § 5K2.11.

We conclude that the district court did not err in denying Lamb's request for credit to account for time that he served on previous federal sentences which he claims should have been run concurrently to then undischarged state sentences. We also conclude that the district court made a discretionary decision not to depart, which is unreviewable. See United States v. Edwards, 225 F.3d 991, 992 (8th Cir. 2000), cert. denied, 531 U.S. 1100 (2001).

Following careful review of the record, we find no other nonfrivolous issues. See Penson v. Ohio, 488 U.S. 75, 80 (1988). Accordingly, the judgment is affirmed. We also grant counsel's motion to withdraw.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.